# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 7, 2025

### NO. 03-24-00315-CV

**Isabel Munoz, Appellant**

**v.**

**Hector Cantillo, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE ELLIS**

This is an appeal from the judgment signed by the trial court on April 24, 2024. Having reviewed the record, the Court holds that Isabel Munoz has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.